Glenn W. CONNERY, Gary Jaszewski, and Richard Reid, Appellants,

v.

Laurence B. BOUCHER, Stephen E. Blightman, Peter K. Craft, David A. Higgen, Clive M. Philbrick, and Daryl D. Starr, Appellees.

No. 2012–1612.

United States Court of Appeals, Federal Circuit.

April 9, 2013.

Hector J. Ribera, Fenwick & West LLP, of Mountain View, CA, argued for appel-

lants. With him on the brief were Lynn H. Pasahow and Carolyn Chang.

Thomas W. Lathram, Silicon Edge Law Group, LLP, of Pleasanton, CA, argued for appellees. With him on the brief was Mark A. Lauer. Of counsel was Charles L. Gholz, Oblon, Spivak, McClelland, Maier & Neustadt, LLP, of Alexandria, VA.

MOORE, CLEVENGER, and REYNA, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**